PRO SPORTS, USA, Plaintiff–
Appellant,

v.

MIZUNO USA, INC., Defendant–
Cross Appellant.

No. 01–1632, 02–1003.

United States Court of Appeals,
Federal Circuit.

July 15, 2002.

Before MAYER, Chief Judge, LOURIE and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Francis C. BERG, Petitioner,

v.

DEPARTMENT OF THE INTERIOR,
Respondent.

No. 02–3047.

United States Court of Appeals,
Federal Circuit.

July 15, 2002.

Before RADER, GAJARSA, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.